FILED

2009 Feb-04  PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 08-J-224-S |
| JAMARCY MACON, | ) | |
| Defendant. | ) | |

## ORDER

The parties having filed a joint motion to dismiss indictment without prejudice (doc. 25), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED, and the indictment against Jamarcy Macon is DISMISSED WITHOUT PREJUDICE.

**DONE** and **ORDERED** this 4th day of February 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE